UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PNC BANK, NATIONAL ASSOCIATION and NW ACQUISITIONS, LLC,**

    Plaintiffs,

v.                                              Case No: 5:14-cv-573-Oc-32PRL

**MDTR LLC, SERGE COTE and BANK OF AMERICA, N.A.**

    Defendants.

## ORDER

This matter is before the Court on the joint motion of PNC Bank, National Association ("Assignor") and NW Acquisitions, LLC ("Assignee") to substitute the Assignee as party plaintiff and amend the case caption accordingly. (Doc. 67).

On January 13, 2016, the Court entered its Final Judgment of Foreclosure against Defendants (the "Judgment"). (Doc. 57). Pursuant to the paragraph 23 of the Judgment, "[t]he Plaintiff may assign the judgment and credit bid by the filing of an assignment without further Order of the Court." On July 27, 2016, Assignor and Assignee entered into an agreement by which the Judgment and related loan documents were assigned from Assignor to Assignee. (Docs. 64-66). Now, they ask the Court to enter an order substituting Assignee as the proper party plaintiff in the place of Assignor.

Upon due consideration, the joint motion (Doc. 67) is **GRANTED**. Assignee, NW Acquisitions, LLC is **SUBSTITUTED** as the proper party plaintiff in place of Assignor, PNC Bank, National Association. The Clerk is directed to amend the case caption accordingly.

**DONE** and **ORDERED** in Ocala, Florida on August 17, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties